# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. EP-23-CV-8-KC** |
| § | |
| **SLD DOC PREP, INC.** and § | |
| **ADELAINE DE LACARIDAD** § | |
| **MENDEZ,** § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered Plaintiff Brandon Callier's Notice of Dismissal with Prejudice, ECF No. 10, filed on April 10, 2023. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 11th day of April, 2023.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE